**No. 57765.**—John Heathcoat & Co., Inc. v. United States, protest 211766–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of nets or nettings made on a bobbinet machine, wholly or in chief value of nylon, which nylon is similar in all material respects

to that the classification of which was involved in *Holeproof Hosiery Co.* v. *United States* (27 Cust. Ct. 176, C. D. 1366), the claim of the plaintiff was sustained.